**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**FEB 27 1997**

**PATRICK FISHER**
**Clerk**

## UNITED STATES COURT OF APPEALS

## TENTH CIRCUIT

---

DERRAL SCHRODER, a De Jure People
for the Freely Associated Compact States
of our Union, a Non-citizen of the De
Facto Federal Government of D.C.,

      Plaintiff-Appellant,

v.

PEOPLE OF THE STATE OF
COLORADO; REGISTERED VOTING
CITIZENS OF THE FEDERAL
GOVERNMENT OF THE DISTRICT OF
COLUMBIA; CITIZENS OF THE
CORPORATE FEDERAL
GOVERNMENT, that vote for their
rulers,

      Defendants-Appellees.

No. 96-1320
(D.C. No. 96-K-1018)
(District of Colorado)

---

### ORDER AND JUDGMENT[*]

---

Before **SEYMOUR**, Chief Judge, **PORFILIO**, Circuit Judge, and **MURPHY**, Circuit
Judge.

---

[*] This order and judgment is not binding precedent, except under the doctrines of
law of the case, res judicata, and collateral estoppel. This court generally disfavors the
citation of orders and judgments; nevertheless, an order and judgment may be cited under
the terms and conditions of 10th Cir. R. 36.3.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R. App. P. 34(a) and 10th Cir. R. 34.1.9. The case is therefore ordered submitted without oral argument.

Claiming to be "a People for the Freely Associated Compact States of Our Union, that has pledged his Life, fortune and Sacred Honor to forcing the Government Employees to recognize and respect [his] true character as a People of the Almighty Creator," Derral Schroder appeals the dismissal of his complaint by the district court. Mr. Schroder had brought an almost indecipherable action naming as defendants: "People of the State of Colorado, Registered Voting citizens of the Federal Government of the District of Columbia, Citizens of the Corporate Federal Government, [sic] that Vote for their Rulers." The district court, sua sponte, dismissed the action on the ground the complaint failed to name any suable entity. We agree and **AFFIRM**.

ENTERED FOR THE COURT

John C. Porfilio
Circuit Judge

- 2 -